UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LINDA F. THOMAS

VERSUS

CITY OF BATON ROUGE, ET AL

CIVIL ACTION

NO.   11-664-BAJ-CN

# O R D E R

A scheduling conference was held January 26, 2012.

**PRESENT:** **Christopher Alexander**
Counsel for Plaintiff

**James L. Hilburn**
Counsel for Defendants

**IT IS ORDERED** that a telephone status conference is set in this matter for **FRIDAY, JUNE 1, 2012, at 9:45 A.M.** Plaintiff's counsel will initiate the conference call to Chambers at 225-389-3592.

**IT IS FURTHER ORDERED** that in accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. The deadline for amending the complaint, or adding new parties, claims, counterclaims or cross claims:   **May 1, 2012**

2. Deadlines for completion of fact discovery:

   a. Exchanging initial disclosures required by FRCP 26(a)(1):

   **February 13, 2012**

Cv32a; T:30

b. Filing all discovery motions and completing all discovery, except experts:

**November 30, 2012**

3. Disclosure of identities and resumes of expert witnesses must be completed as follows:

**Plaintiff:** October 1, 2012

**Defendants:** October 31, 2012

4. Expert reports must be submitted to opposing parties as follows:

**Plaintiff:** October 31, 2012

**Defendants:** December 10, 2012

5. Experts may be deposed **through January 31, 2013**

6. All dispositive motions must be filed **on or before February 28, 2013.**

Signed in chambers in Baton Rouge, Louisiana, January 26, 2012.

**MAGISTRATE JUDGE CHRISTINE NOLAND**